

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2022

No. 04-21-00529-CR

Manuel M. **AYALA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR9405
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's brief was originally due on April 21, 2022. After Appellant did not timely file the brief or a motion for extension of time to file the brief, we ordered Appellant's counsel Patrick B. Montgomery to file a motion for extension of time, a motion to dismiss, or the brief by May 9, 2022. Appellant filed a motion for extension of time to file the brief, which we granted, and we set the brief due on June 8, 2022.

On June 14, 2022, after no brief or second motion for extension of time to file the brief was filed, we ordered Patrick B. Montgomery to file a motion for extension of time, a motion to dismiss, or the brief by June 24, 2022. We warned counsel that if no brief or motion was filed by that date, we would abate this appeal to the trial court for an abandonment hearing without further notice. *See* TEX. R. APP. P. 38.8(b)(2).

After counsel failed to file a response, we abated this appeal and remanded the cause to the trial court to conduct a hearing in compliance with Rule 38.8(b) to determine whether Appellant desires to prosecute his appeal and whether new appellate counsel should be appointed.

The trial court found that Appellant wants to maintain this appeal and continue with Patrick B. Montgomery as his court-appointed appellate counsel.

We **reinstate** the appellate timetable. We **order** Appellant's counsel Patrick B. Montgomery to file Appellant's brief within **fifteen days** of the date of this order. **No further motions for extension of time to file the brief will be granted.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court